## MINNICH v. THE C., R. I. & P. R. Co.

1. **Practice:** CERTIFICATE OF JUDGE. Where a case is certified to the Supreme Court as involving a question of law desirable to be determined, the certificate should set out the particular question to be passed upon.

*Appeal from Davis Circuit Court.*

TUESDAY, JUNE 10.

ACTION to recover for injury to stock alleged to have been done by the defendant, and by reason of a want of a fence. There was a trial by jury, and verdict and judgment for the plaintiff. The defendant appeals.

*Trimble, Carruthers & Trimble*, for appellant.

*Traverse & Eichelberger*, for appellee.

ADAMS, J.—The amount claimed in this case is less than one hundred dollars. The court below certified that the case
1. PRACTICE: involves the determination of questions of law
certificate of
judge. upon which it is desirable to have the opinion of the Supreme Court, but no questions in particular are certified. The certificate, therefore, is insufficient. *Wetz v. Austin, ante, 342; Barnes v. Ind. School Dist. No. 2, post,* 700.

APPEAL DISMISSED.